```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania
```

In re:                                                          Case No. 18-14020-ref
Robert W Fisher, Jr.                                            Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Violet              Page 1 of 1              Date Rcvd: Jun 18, 2018
                              Form ID: 130              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2018.
db             +Robert W Fisher, Jr.,    6284 Criswell Rd,    Honey Brook, PA 19344-9014

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2018 at the address(es) listed below:
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
              DARRELL N. VANORMER, JR.    on behalf of Debtor Robert W Fisher, Jr. dvanormeresq@aol.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:  
Robert W Fisher, Jr.  
        Debtor(s)

Chapter: 7

Bankruptcy No: 18–14020–ref

*O R D E R*

**AND NOW,** this 15th day of June, 2018 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    <u>Documents and Deadline</u>

    Certification Concerning Credit Counseling and/or Certificate of Credit Counseling due  
    6/22/2018.

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Richard E. Fehling  
Chief Judge , United States Bankruptcy Court

6  
Form 130