.

American Medical Collection Agency
Po Box 1235
Elmsford, NY 10523-0935


Brain Orthopedic Spine
2150 harrisburg Pike
Suite 200
Lancaster, PA 17601


Capital One
Po Box 30285
Salt Lake City, UT 84130


Christopher M. Reeser
Marshall, Dennehey, Warner, Coleman Gogg
100 Corporate Center Drive
Suite 201
Camp Hill, PA 17011


Commonwealth of PA Court of common pleas
45 N George St
York, PA 17401


Crane Cartage, LLC
275 Cross Farm Lane
York, PA 17406


Cushman & Wakefield of Pennsylvania Inc.
1290 Avenue of the Americas
New York, NY 10104


East Coast Facilities
1324 N Sherman St
Allentown, PA 18109

```
Gordon A. Einhorn
Thomas, Thomas and Hafer LLP
305 N. Front St.
Po Box 999
Harrisburg, PA 17108



Harley Davidson Credit Corp
Dept 15129
Palatine, IL 60055-5129



Lab Corp
Po Box 2240
Burlington, NC 27216



Portfolio Recovery Associates
PO Box 12914
Norfolk, VA 23541



Steven A Haber
Obermayer Rebmann Maxwell and Hippel LLC
Centre Square West
Philadelphia, PA 19102



Verizon
Po Box 4003
Acworth, GA 30101



Western York DC III, LLC
2595 Interstate Dr
Suite 103
Harrisburg, PA 17110
```