# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **Robert W Fisher, Jr.**                                                                 Case No.   **18-14020**
                                            Debtor(s)                           Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **August 29, 2018**                              **/s/ Robert W Fisher, Jr.**
                                                        **Robert W Fisher, Jr.**
                                                        Signature of Debtor