# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA – READING DIVISION

| | |
|---|---|
| **IN RE:** | **CHAPTER 7** |
| **ROBERT W. FISHER, JR.,** | **BANKRUPTCY NO. 18-14020-REF** |
| Debtor. | Hearing Date: October 11, 2018<br>Hearing Time: 9:30 a.m.<br>Hearing Place: Courtroom #1 |

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

Crane Cartage, LLC, by and through its counsel, Obermayer Rebmann Maxwell & Hippel, LLP, has filed a Motion for Relief From the Automatic Stay pursuant to 11 U.S.C. § 362 (the "Motion").

1. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before **October 2, 2018 you or your attorney must file a response to the Motion**. (*see Instructions on next page*).

3. **A hearing on the Motion** is scheduled to be held on **October 11, 2018, at 9:30 a.m. in the United States Bankruptcy Court, the Madison Building, 400 Washington Street, Reading, PA, Courtroom 1.** Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing**.

4. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office at 610-208-5030 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

## Filing Instructions

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

8. **If you are not required to file electronically**, you must file your response at:

5326620

United States Bankruptcy Court
Eastern District of Pennsylvania – Reading Division
The Madison Building, 400 Washington Street
Reading, Pennsylvania 19601
Telephone: (610) 208-5030

9. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

> Michael D. Vagnoni, Esquire
> Obermayer Rebmann Maxwell & Hippel LLP
> Centre Square West
> 1500 Market Street, Suite 3400
> Philadelphia, PA  19102

Date: September 18, 2018         By: */s/ Michael D. Vagnoni*
                                     Michael D. Vagnoni, Esquire
                                     Obermayer Rebmann Maxwell & Hippel LLP
                                     Centre Square West
                                     1500 Market Street, Suite 3400
                                     Philadelphia, PA  19102
                                     Phone:  (215) 665-3066
                                     Fax:  (215) 665-3165

5326620