# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA – READING DIVISION

| | |
|---|---|
| **IN RE:** | **CHAPTER 7** |
| | **BANKRUPTCY NO. 18-14020-REF** |
| **ROBERT W. FISHER, JR.,** | Hearing Date: October 11, 2018 |
| Debtor. | Hearing Time: 9:30 a.m. |
| | Hearing Place: Courtroom #1 |

## CERTIFICATE OF SERVICE

I, Michael D. Vagnoni, Esquire, hereby certify that on September 18, 2018 a true and correct copy of the foregoing Motion for Relief from the Automatic Stay and Notice of Motion, Response Deadline and Hearing Date were served via e-mail via the Court's CM/ECF system or First Class U.S. Mail, as indicated below, upon the individuals listed on the attached service list.

    /s/ Michael D. Vagnoni
Michael D Vagnoni, Esquire

5326620

## SERVICE LIST

### VIA FIRST CLASS U.S. MAIL

| | | |
|---|---|---|
| Robert W Fisher, Jr.<br>6284 Criswell Rd<br>Honey Brook, PA 19344 | Western York DC III, LLC f/k/a York DC III, LLC<br>518 17th Street, Suite 1700<br>Denver, CO 80202 | Gordon A. Einhorn, Esquire<br>Thomas, Thomas & Hafer, LLP<br>305 North Front Street<br>P.O. Box 999<br>Harrisburg, PA 17108-0999 |
| East Coast Facilities, Inc.<br>1324 Sherman Street<br>Allentown, PA 18109 | Tradesmen International, Inc.<br>2450 Broadhead Road<br>Bethlehem, PA 18020 | Steven E. Grubb, Esquire<br>Salzmann Hughes, P.C.<br>354 Alexander Spring Road<br>Suite 1<br>Carlisle, PA 17015 |
| Christopher C Koehler, Esquire<br>Michael E Smith, Esquire<br>Frantz Ward LLP<br>200 Public Square, Suite 3000<br>Cleveland, OH 44114 | Timothy T. Stevens, Esquire<br>Davison & McCarthy, PC<br>1146 South Cedar Crest Boulevard<br>Suite 200<br>Allentown, PA 18103 | Cushman & Wakefield of Pennsylvania, Inc.<br>2605 Interstate Drive<br>Harrisburg, PA 17110 |
| Lon V. Hughes, Esquire<br>Ranck & Ranck, PC<br>53 North Duke St. Suite 401<br>Lancaster, PA 17602 | | |

### VIA THE COURT'S CM/ECF SYSTEM

KEVIN G. MCDONALD on behalf of Creditor Towd Point Mortgage Trust 2017-FRE2
bkgroup@kmllawgroup.com

CHRISTINE C. SHUBERT
christine.shubert@comcast.net, J100@ecfcbis.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

DARRELL N. VANORMER, JR. on behalf of Debtor Robert W Fisher, Jr.
dvanormeresq@aol.com

5326620