### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

___

In Re: Robert W Fisher, Jr.

      Debtor(s)

Case No: 18–14020–ref

Chapter: 7

___

## REAFFIRMATION HEARING NOTICE

To the debtor, the debtor's counsel, and any party in interest:

NOTICE IS HEREBY GIVEN THAT a Reaffirmation hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider

Reaffirmation Agreement Between Debtor and Harley–Davidson Credit Corp.

On: 10/25/18

At: 09:30 AM

In: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Dated:  10/5/18

Timothy B. McGrath
Clerk of Court