United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robert W Fisher, Jr.  
    Debtor

Case No. 18-14020-ref  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Violet     Page 1 of 1     Date Rcvd: Oct 05, 2018  
                          Form ID: 172     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2018.
```
db          +Robert W Fisher, Jr.,    6284 Criswell Rd,    Honey Brook, PA 19344-9014
cr          +Crane Cartage, LLC,    c/o Michael D. Vagnoni, Esquire,    Obermayer Rebmann Maxwell & Hippel LLP,
              Centre Square West,    1500 Market Street, Suite 3400,    Philadelphia, PA 19102-2131
cr          +Harley-Davidson Credit Corp,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2018 at the address(es) listed below:
```
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
              DARRELL N. VANORMER, JR.    on behalf of Debtor Robert W Fisher, Jr. dvanormeresq@aol.com
              KEVIN G. MCDONALD    on behalf of Creditor    Towd Point Mortgage Trust 2017-FRE2
               bkgroup@kmllawgroup.com
              MICHAEL D. VAGNONI    on behalf of Creditor    Crane Cartage, LLC michael.vagnoni@obermayer.com,
               Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;angela.baglanzis@obermayer.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```
                                                                                                                                      TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Robert W Fisher, Jr.
    Debtor(s)

Case No: 18–14020–ref
Chapter: 7

___

## REAFFIRMATION HEARING NOTICE

To the debtor, the debtor's counsel, and any party in interest:

NOTICE IS HEREBY GIVEN THAT a Reaffirmation hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider

Reaffirmation Agreement Between Debtor and Harley–Davidson Credit Corp.

On: 10/25/18

At: 09:30 AM

In: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

Dated:  10/5/18

For The Court

Timothy B. McGrath
Clerk of Court

21 – 18
Form 172