United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robert W Fisher, Jr.  
    Debtor

Case No. 18-14020-ref  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: SaraR     Page 1 of 1     Date Rcvd: Oct 26, 2018  
                       Form ID: 211     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2018.  
db        +Robert W Fisher, Jr.,   6284 Criswell Rd,   Honey Brook, PA 19344-9014  
cr        +Crane Cartage, LLC,   c/o Michael D. Vagnoni, Esquire,   Obermayer Rebmann Maxwell & Hippel LLP,    Centre Square West,   1500 Market Street, Suite 3400,   Philadelphia, PA 19102-2131  
cr        +Harley-Davidson Credit Corp,   14841 Dallas Parkway, Suite 425,   Dallas, TX 75254-8067

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2018 at the address(es) listed below:  
       CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com  
       DARRELL N. VANORMER, JR.    on behalf of Debtor Robert W Fisher, Jr. dvanormeresq@aol.com  
       KEVIN G. MCDONALD    on behalf of Creditor    Towd Point Mortgage Trust 2017-FRE2 bkgroup@kmllawgroup.com  
       MICHAEL D. VAGNONI    on behalf of Creditor    Crane Cartage, LLC michael.vagnoni@obermayer.com, Lucille.acello@obermayer.com;Alicia.sandoval@obermayer.com;angela.baglanzis@obermayer.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                           TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:                                                     Chapter: 7

    Robert W Fisher, Jr.

Debtor(s)                                             Case No: 18−14020−ref

___

*ORDER*

AND NOW, 10/26/18 , the debtor having failed to file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 727(a)(11); see also Bankruptcy Rule 4004, or a request for a waiver from this requirement. 11 U.S.C. § 109(h)(4),

And the statement regarding personal financial management was due, *see* Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have until 11/9/18 to file a statement regarding completion of an instructional course concerning personal financial management or a request for a waiver from such requirement. If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 7 discharge. See Advisory Committee Note to Fed. R. Bankr. P. 4004.

                                                                 For The Court

                                                                  Richard E. Fehling

                                                                  Chief Judge ,United States Bankruptcy Court