Certificate Number: 14912-PAE-DE-031388345

Bankruptcy Case Number: 18-14020



14912-PAE-DE-031388345

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 27, 2018, at 6:11 o'clock PM EDT, Robert Fisher completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: July 27, 2018                By:    /s/Jai Bhatt

                                   Name:  Jai Bhatt

                                   Title: Counselor